UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL LEON POWELL, #484234,   )<br>Plaintiff, )<br>)<br>-v- )<br>)<br>MICHIGAN DEPARTMENT OF CORRECTIONS, )<br>*et al.*, )<br>Defendants. )<br>) | No. 2:18--cv-221<br><br>Honorable Paul L. Maloney |

## JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  December 19, 2019                                              /s/ Paul L. Maloney  
                                                                                       Paul L. Maloney  
                                                                                       United States District Judge